IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMIL CHATMAN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-548-ID |
| | ) | [WO] |
| | ) | |
| JUDGE KNIGHT, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that this case be DISMISSED with prejudice as to the named defendants, and without prejudice as to the claims challenging the constitutionality of actions undertaken in the plaintiff's criminal case.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 9th day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE